JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Hoang Minh, | ) | EDCV 17-00454 JVS (KKx) |
|       Plaintiff, | ) ) ) | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. | ) ) | |
| Vincent Glen, LLC, | ) ) | |
|       Defendant(s). | ) ) ) | |
| _____ | ) | |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: October 2, 2017

                                                  James V. Selna
                                         United States District Judge